IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL and DEBRA MANNINO, Individually
and as Personal Representatives of the ESTATE OF
INFANT MANNINO,

       Plaintiffs,

vs.                                                              Civ. No. 00-688 BB/WWD

RUTHVEN SAMPATH, M.D.,

       Defendant.

## SUPPLEMENT TO
## REPORT AND RECOMMENDATION
## AND
## DISCOVERY ORDER

On February 2, 2001, I entered a Report and Recommendation in connection with Defendant's Motion to Dismiss. That Report contains the following sentence, to wit:

> Absent a Reply, I have no way of determining the discovery which still presents a problem.

Defendant's Reply was filed with the Court on February 2, 2001, at 4:23 p.m. It will be taken into consideration when I review the submission which I required to be made by counsel in connection with outstanding discovery problems. The previously filed Report and Recommendation will not be altered, except to include this supplement.

**IT IS SO ORDERED**.

                                                         UNITED STATES MAGISTRATE JUDGE